BARNE SILVER, Appellant, and SILVER's BATHING PAVILION, INC., Plaintiff, v. EGBURT E. WOODBURY, as Attorney-General, etc., and Another, Appellants, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Putnam, Blackmar and Jaycox, JJ.

JOHN TOOHILL, Appellant, v. NEW YORK AND QUEENS GAS COMPANY, Respondent.— Motion to dismiss appeal granted. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

LENA WERNS, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Motion for reargument denied. The court did not overlook the case of *Schmidt* v. *City of New York* (179 App. Div. 667), although it was not cited in the points. In that case it was held that there was no visible defect in the planking which gave way, and the court held that defendants had no notice of unsafe conditions, while in the case at bar the excavation along defendant's track was visible; it must have been made in full view of defendant's employees operating the cars, and the jury was justified in finding that it was negligence to stop the car in such manner that the hole was immediately in front of the passenger alighting. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

CLANCY & VAN ALST CONTRACTING COMPANY, INC., Respondent, v. CHARLES M. BROWN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Thomas, Mills, Rich, Putnam and Kelly, JJ., concurred.

CATHERINE FLOOD, Appellant, v. REGINA CRESCENT, Respondent.— Judgment and order unanimously affirmed by default, with costs. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

CLYDE A. GREENHILL, Respondent, v. FOSTER & STEWART COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.

LOUISE HARTSTEIN and CONRAD HARTSTEIN, Respondents, v. EDWARD MACDONALD, Appellant, Impleaded with Others.— Order of the County Court of Kings county reversed, with ten dollars costs and disbursements, and motion to vacate the order appointing a receiver granted, with ten dollars costs, and the receiver purporting to have been so appointed ordered to pay over to the appellant all rents which he may have collected, upon authority of *Jarmulowsky* v. *Rosenbloom* (125 App. Div. 542); *Dazian* v. *Meyer* (66 id. 575) and *Elias* v. *Band* (167 id. 940). Thomas, Mills, Rich, Putnam and Kelly, JJ., concurred.